IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

The State of New Mexico, et al.

    Plaintiff(s),

vs.                                                                       No. CIV   1:20-cv-1096

The United States of America, et al.

    Defendant(s).

## INFORMATION SHEET FOR T.R.O.

Attorney(s) for Plaintiff(s): *(include phone #)*

John R. Travers, 302 Washington St. SE, Albuquerque, NM 87108, (505) 910-4571
P. Nolan, A. Schumacher, Winstead PC, 401 Congress Ave #2100, Austin, TX 78701 (512) 370-2800

Attorney(s) for Defendant(s): *(include phone #)*

United States Attorney, New Mexico

Nature of Underlying Claim: *(contract, tort, environment, etc.)*

Requesting Injunctive Relief concerning violations of the Randolph-Sheppard Act for the Dining Facilities Contract at Kirtland Air Force Base

Jurisdiction: *(Cite Statutes)*

28 U.S.C. §§ 1346, 1331

Precise statement of activity sought to be restrained or compelled:

Enjoins Defendants, its agencies and departments, from continuing with the procurement activity identified in the Solicitation until such time as the DOE arbitration required by the Act is concluded.

## HEARING

Estimated length of hearing:   1 hour

Request hearing to be set for: *(Select one)*

◯ Today   ◯ Tomorrow   ◉ Within One Week   ◯ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?   ◯ Yes  ◯ No

Have the opposing party(ies) and their attorney(s) been notified ?   ◯ Yes  ◉ No

    If answer is yes, when?

    If answer is no, why not?

We have called the US Attorney's Office to try to locate the attorney handling the matter but no response.

Notice given by:   ☐ Phone   ☐ Fax   ☐ Letter   ☐ In Person   ☐ Other